| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Benton, William D. | 2. Court or Organization U.S. Court of Appeals, 8th Cir | 3. Date of Report 05/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
400 E. 9th St.
Kansas City MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Freedom's Frontier National Heritage Area |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | State of Missouri - judicial retirement | $74,387.36 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University Law School | Oct. 10-11, 2015 | Atlanta GA | judge moot court | transportation, meals and hotel |
| 2. | University of Southern California Law School | Mar. 5-8, 2015 | Los Angeles CA | judge moot court | transportation, meals and hotel |
| 3. | Pepperdine Law School | Mar. 12-13, 2015 | Malibu CA | teach at Federal Clerkship Institute | transportation, meals and hotel |
| 4. | American Bar Association | Mar. 15-16, 2015 | New Orleans LA | CLE teaching | transportation, meals and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Equifax Inc. common stock | B | Dividend | M | T | | | | | |
| 2. GE common stock | A | Dividend | J | T | | | | | |
| 3. Federated Clover Value Fund A VFCAX | A | Dividend | J | T | | | | | |
| 4. Oppenheimer Main Street Fund A MSIGX | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Emerging Growth Fund A (formerly "Small Cap") WEMAX | C | Distribution | K | T | | | | | |
| 6. US Bancorp common stock | A | Dividend | J | T | | | | | |
| 7. MOST 529 plan fund #1-Vanguard Aggressive Growth Portfolio | | None | J | T | | | | | |
| 8. MOST 529 plan fund #2-Vanguard Interest Accumulat'n Portfoli | A | Interest | J | T | | | | | |
| 9. AIG American General universal life policy | B | Interest | K | T | | | | | |
| 10. IRA # 1 | B | Int./Div. | K | T | | | | | |
| 11. - Hewlett Packard common stock | | | | | Sold | 06/10/15 | J | A | |
| 12. - Wells Fargo Bank deposit program | | | | | | | | | |
| 13. - Blackrock Energy & Resources Portfolio C | | | | | Sold | 06/10/15 | K | | |
| 14. - American Capital Income Builder Fund C | | | | | Sold | 06/10/15 | J | A | |
| 15. - Lord Abbett Bd-Deb C | | | | | Sold | 06/10/15 | K | | |
| 16. -First Tr Global Tactical Commodity Stretegy Fund FTGC | | | | | Buy | 06/12/15 | J | | |
| 17. -Ishares Russell 1000 Value IWD | | | | | Buy | 06/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares Core S&P 500 Index Fd IVV | | | | | Buy | 06/12/15 | J | | |
| 19. -Ishares TIP Bond TIP | | | | | Buy | 06/12/15 | J | | |
| 20. -Powershares EM Mar Sov De PT PCY | | | | | Buy | 06/12/15 | J | | |
| 21. -SPDR Barclays High Yield Bond ETF JNK | | | | | Buy | 06/12/15 | J | | |
| 22. -SPDR S&P Intl Small Cap GWX | | | | | Buy | 06/12/15 | J | | |
| 23. -Vanguard FTSE Dev Markets ETF VEA | | | | | Buy | 06/12/15 | J | | |
| 24. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF VWO | | | | | Buy | 06/12/15 | J | | |
| 25. -Vanguard Mid Cap VO | | | | | Buy | 06/12/15 | J | | |
| 26. -Vanguard REIT VNQ | | | | | Buy | 06/12/15 | J | | |
| 27. -Vanguard Short Term Bond ETF BSV | | | | | Buy | 06/12/15 | J | | |
| 28. -Vanguard Small Cap Valu ETF VBR | | | | | Buy | 06/12/15 | J | | |
| 29. -Vanguard Small Cap VB | | | | | Buy | 06/12/15 | J | | |
| 30. -Vanguard Total Bond Market BND | | | | | Buy | 06/12/15 | J | | |
| 31. -Vanguard Total Intl Bond BNDX | | | | | Buy | 06/12/15 | J | | |
| 32. IRA # 2 | C | Int./Div. | L | T | | | | | |
| 33. - WalMart common stock | | | | | Sold | 06/10/15 | K | C | |
| 34. - Hewlett Packard common stock | | | | | Sold | 06/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Federated Clover Value Fund A | | | | | Sold | 06/10/15 | J | A | |
| 36. - American International Group Inc. common stock | | | | | Sold | 06/10/15 | J | | |
| 37. - Peabody Energy Corp. common stock | | | | | Sold | 06/10/15 | J | | |
| 38. - Wells Fargo Co. (formerly Wachovia Corp New) common stock | | | | | Sold | 06/10/15 | J | | |
| 39. - Blackrock Energy & Resources Portfolio C | | | | | Sold | 06/10/15 | J | | |
| 40. - Wells Fargo (formerly Wachovia) Bank deposit program | | | | | Sold | 06/10/15 | J | | |
| 41. - Federated Strategic Value Fund C | | | | | Sold | 06/10/15 | K | A | |
| 42. - Federated Investors Bond Fund C | | | | | Sold | 06/10/15 | J | A | |
| 43. -Deutsche Secs Tr Enhanced Comm Strat Fd Instl Class SKIRX | | | | | Buy | 06/11/15 | J | | |
| 44. -Deutsche Secs Tr Global Real Est Secs Fd Instl Class RRGIX | | | | | Buy | 06/11/15 | J | | |
| 45. -American High Income Trust Class F2 AHIFX | | | | | Buy | 06/11/15 | J | | |
| 46. -Advisors Inner Circle Cambiar Small Cap Rd Inv Class CAMSX | | | | | Buy | 06/11/15 | J | | |
| 47. -Delaware Group Equity Fds II-Value Fd Instl Class DDVIX | | | | | Buy | 06/11/15 | J | | |
| 48. -Bond Fund of Amer Class F2 ABNFX | | | | | Buy | 06/11/15 | J | | |
| 49. -RS Invt Tr Small Cap Growth Fd Cl Y RSYEX | | | | | Buy | 06/11/15 | J | | |
| 50. -Goldman Sachs Tr Strategic Income Fd Class Instl SHS GSZIX | | | | | Buy | 06/11/15 | J | | |
| 51. -Goldman Sachs Tr Finl Sq Treas Instrs Fd Instl Class FTIXX | | | | | Buy | 06/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Funds Growth Fund of Am Class F2 GFFFX | | | | | Buy | 06/11/15 | J | | |
| 53. -Harbor Fd Cap Appreciation Fd Instl Class HACAX | | | | | Buy | 06/11/15 | J | | |
| 54. -American Funds New World Fund Class F2 NFFFX | | | | | Buy | 06/11/15 | J | | |
| 55. -American Funds Washington Mutual Fd F2 WMFFX | | | | | Buy | 06/11/15 | J | | |
| 56. -Janus Invt Fd Flexible Bd Fd Class I JFLEX | | | | | Buy | 06/11/15 | J | | |
| 57. -John Hancock Funds III Disciplined Value Mid Cap Fd Class 1 JVMIX | | | | | Buy | 06/11/15 | J | | |
| 58. -American EuroPacific Growth FU Class F2 AEPFX | | | | | Buy | 06/11/15 | J | | |
| 59. -Nuveen Invt Fds Inc Real Estate Secs Fund Class 1 FARCX | | | | | Buy | 06/11/15 | J | | |
| 60. -Virtus Emerging Markets Opportunities Fnd Class 1 HIEMX | | | | | Buy | 06/11/15 | J | | |
| 61. -SmallCap World Fd Inc. Class F2 SMCFX | | | | | Buy | 06/11/15 | J | | |
| 62. -Victory Portfolios Munder Mid Cap Core Growth Fd Class Y MGOYX | | | | | Buy | 06/11/15 | J | | |
| 63. Pfizer Inc. common stock | A | Dividend | J | T | | | | | |
| 64. Chimera Investment Corp. | A | Dividend | J | T | | | | | |
| 65. Federated High Income Bond Fund class C FHICX | B | Dividend | K | T | | | | | |
| 66. Lord Abbett High Yield Muni Bond Fund - HYMCX | B | Int./Div. | K | T | | | | | |
| 67. Nuveen High Yield Municipal Bond Fund class C NHMCX | A | Int./Div. | K | T | | | | | |
| 68. Oppenheimer Global Strategic Income Fund C OSICX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American International Group Inc. common stock | B | Dividend | L | T | | | | | |
| 70. Clearbridge Energy MLP Total Return Fund Inc. CTR | A | Distribution | J | T | | | | | |
| 71. Gramercy Property Trust (formerly Chambers street PPTYS - CSG) | A | Dividend | K | T | | | | | |
| 72. Calamos Invt Tr New Evolving Worlds Growth class C - CNWDX | A | Dividend | K | T | | | | | |
| 73. Federated Kaufmann Large Cap FD class C - KLCCX | A | Dividend | K | T | | | | | |
| 74. Federated Global Alloc FD class C - FSBCX | A | Distribution | K | T | | | | | |
| 75. First Eagle Sogen Global Fd class C - FESGX | A | Distribution | K | T | | | | | |
| 76. Federated Intl Strategic Value Div FD class C - IVFCX | A | Dividend | J | T | | | | | |
| 77. Ivy Fds Inc asset Strategy FD class C - WASCX | B | Distribution | K | T | | | | | |
| 78. Lord Abbett Intl Div Income FD class C - LIDCX | A | Dividend | J | T | | | | | |
| 79. Nuveen Municipal Trust High Yield Mun Bond Fd class C - NHCCX | B | Dividend | K | T | | | | | |
| 80. Putnam Fds Tr Capital Spectrum Fd class C PVSCX | B | Distribution | K | T | | | | | |
| 81. Nuveen All Cap Energy MLP Opportunities Fd - JMLP | A | Dividend | J | T | | | | | |
| 82. American Balanced Fund Cl A | B | Distribution | K | T | | | | | |
| 83. Capital Income Builder Fund Cl A | B | Dividend | L | T | | | | | |
| 84. Income Fund of America Fund Cl A | C | Distribution | L | T | | | | | |
| 85. American Funds Global Balanced Fund Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #1 | E | Int./Div. | N | T | | | | | |
| 87. - Edward Jones money-market fund | | | | | | | | | |
| 88. - American Balanced Fund Cl A | | | | | Distributed (part) | 01/08/15 | K | | |
| 89. | | | | | Distributed (part) | 10/08/15 | K | | |
| 90. - Capital Income Builder Fund A | | | | | Distributed (part) | 01/08/15 | L | | |
| 91. | | | | | Distributed (part) | 10/08/15 | L | | |
| 92. - Franklin Balanced Fund Cl A | | | | | | | | | |
| 93. - Income Fund of America Fund A | | | | | Distributed (part) | 01/08/15 | K | | |
| 94. | | | | | Distributed (part) | 10/08/15 | L | | |
| 95. - American Funds Global Balanced Fund | | | | | Distributed (part) | 01/08/15 | L | | |
| 96. | | | | | Distributed (part) | 10/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Aggressive Growth Portfolio, listed on line 7 of Part VII, invests in two stock funds: (1) Vanguard Institutional Total Stock Market Index Fund (70%), and Vanguard Total Internatonal Stock Index Fund (30%). This allocation is made by the MOST plan, not by me.

The Vanguard Interest Accumulation Portfolio, listed on line 8 of Part VII, directs all its assets into Vanguard Short Term Reserves Account, which, in turn, invests in (1) Vanguard Prime Money Market Fund, and (2) funding agreements issued by one or more insurance companies, banks, and other issuers. This allocation is made by the MOST plan, not by me, and I do not know any specifics of item (2).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William D. Benton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544